1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

BRENDA ANN MCGOWAN,                )  Case No. ED CV 12-1882 R (JCG)
                                                         )
10              Plaintiff,                          )
                                                         )
11        v.                                          )  **ORDER ACCEPTING REPORT AND**
                                                         )  **RECOMMENDATION OF UNITED**
12  CAROLYN W. COLVIN,                    )  **STATES MAGISTRATE JUDGE**
     ACTING COMMISSIONER OF        )
13  SOCIAL SECURITY                       )
     ADMINISTRATION,                       )
14                                                       )
              Defendant.                        )
15  _____ )

16

17        Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the

18  Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the

19  Report and Recommendation, and the remaining record.

20        Plaintiff's Objections reiterate the arguments made in the Complaint, and lack

21  merit for the reasons set forth in the Report and Recommendation.

22        Accordingly, IT IS ORDERED THAT:

23        (1)    The Report and Recommendation is approved and accepted; and

24        (2)    Judgment shall be entered dismissing this action with prejudice.

25  ///

26  ///

27  ///

28  ///

1      IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and

2  the Judgment on the parties.

3

4  Dated: _Oct. 15, 2013 _          _____

5                            HON. MANUEL L. REAL

6                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2