# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ANN MCGOWAN, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. ED CV 12-1882 R (JCG) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the decision of the Acting Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: _Oct. 15, 2013_

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE